# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHRISTOPH MARQUETTE,

    Plaintiff,

v.                                Case No:   6:20-cv-1490-GAP-EJK

HOMEADVISOR, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation for Dismissal (Doc. 27), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED** with prejudice as to Plaintiff's individual claims and **DISMISSED** without prejudice as to any other member of the putative class's right to bring claims, each party to bear

its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

     **DONE** and **ORDERED** in Chambers in Orlando, Florida on May 13, 2021.

_____<br>
GREGORY A. PRESNELL<br>
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties